UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE BRAMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 14 C 6098 |
| v. | ) | Hon. Marvin E. Aspen |
| | ) | |
| TARGET CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

MARVIN E. ASPEN, District Judge:

We have reviewed Plaintiff's recently re-filed summary judgment materials, including her materials in opposition to Defendant's motion for summary judgment, (Dkt. Nos. 79, 80), and Plaintiff's newly filed motion for summary judgment and related supporting materials, (Dkt. Nos. 81, 83, 84). The motion hearing date of December 1, 2016 is hereby vacated. The status hearing date of December 1, 2016 is hereby vacated and reset for January 26, 2017 at 10:30 a.m.

Having considered Plaintiff's re-filed materials, Defendant's motion to strike Plaintiff's earlier-filed statement of disputed material facts and motion for summary judgment is denied as moot. (Dkt. No. 58.) Plaintiff's motion to strike Defendant's motion to strike is also denied as moot. (Dkt. No. 66.) Defendant may file a reply in support of its motion summary judgment on or before December 6, 2016.

Additionally, in light of Plaintiff's motion for summary judgment filed on November 3, 2016, (Dkt. No. 81), Plaintiff's earlier filed motion for summary judgment,

(Dkt. No. 56), is denied as moot. Defendant's response to Plaintiff's motion for summary judgment is to be filed on or before December 13, 2016, and Plaintiff's reply in support of her motion for summary judgment is to be filed by December 27, 2016. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: November 22, 2016
       Chicago, Illinois